| | |
|---|---|
| _____ ) | |
| LAVATEC LAUNDRY TECHNOLOGY GMBH ) | |
|     Plaintiff ) | Civil Action |
| ) | 3:13-cv-0056-SRU |
|     v. ) | |
| ) | February 2, 2017 |
| VOSS LAUNDRY SOLUTIONS INC. ) | |
|     Defendant ) | |
| _____ ) | |

# DEFENDANT VOSS' EXHIBIT 504

Case 09-32004    Doc 42    Filed 08/05/09    Entered 08/05/09 11:33:23    Desc Main
                           Document      Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

2009 AUG -5 AM 8:59

In re   Lavatec, Inc.                    Case No. 09-32004

        Debtor                           Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS,
## UNDER 11 U.S.C. §1109(B) AND FED.R.BANKR. P. 2002, 3017(A), 9007, 9010

PLEASE TAKE NOTICE that the undersigned hereby files an appearance as attorney for Dr. Ferdinand Kießner in his capacity as insolvency administrator of Lavatec GmbH, Wannenackerstr. 53, Heilbronn, 74078 Germany and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 (a), 9007, 9010 and 11 U.S.C. § 109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declaration, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to the following party:

Schultze & Braun GmbH
Rechtsanwaltsgesellschaft
Wirtschaftsprüfungsgesellschaft
Attn.: Annerose Tashiro, Esq.
Eisenbahnstr. 19-23
77855 Achern
Germany
Tel.: +49-7841-708-284
Fax: +49-7841-708-301
Email: atashiro@schubra.de

Dated: July 30, 2009

Schultze & Braun GmbH
Rechtsanwaltsgesellschaft
Wirtschaftsprüfungsgesellschaft

By: /s/ Annerose Tashiro

Annerose Tashiro
Attorney for
Ferdinand Kießner as insolvency
administrator of Lavatec GmbH
Eisenbahnstr. 19-23
77855 Achern
Germany
Tel.: +49-7841-708-284
Fax: +49-7841-708-301
Email: atashiro@schubra.de

DEFENDANT'S
EXHIBIT
504

LT7246

## Schultze & Braun GmbH
Rechtsanwaltsgesellschaft

# Vollmacht / Power of Attorney

In der Angelegenheit / In the matter: Rechtsanwalt Dr. Ferdinand Kießner als Insolvenzverwalter über das Vermögen der Lavatec GmbH

gegen / against:

Auftraggeber:

wird hiermit ~~Frau Rechtsanwältin / Herrn Rechtsanwalt~~ Schultze & Braun GmbH Rechtsanwaltsgesellschaft Wirtschaftsprüfungsgesellschaft, Eisenbahnstr. 19-23, 77855 Achern

unbeschränkte Vollmacht erteilt, den/die Unterzeichnende(n) gerichtlich und außergerichtlich gegenüber jedermann, insbesondere gegenüber Gerichten und Behörden und zwar in allen Gerichtsbarkeiten und Instanzen zu vertreten.

Die Vollmacht ermächtigt zu allen die Angelegenheit betreffenden Verfahrens-, Prozeß- und sonstigen Handlungen, insbesondere auch zur Vornahme und Entgegennahme von Zustellungen in sämtlichen Verfahrensarten, zur Bestellung eines Vertreters, zur Erledigung der Angelegenheit durch Vergleich, Verzicht und Anerkenntnis, zur Einlegung, Einschränkung und Zurücknahme von Rechtsmitteln und Rechtsbehelfen aller Art und zum Verzicht auf solche, ferner zur Hinterlegung ebenso wie zur Empfangnahme von Gegenständen aller Art, insbesondere Geld, Wertsachen, Urkunden, insbesondere des Streitgegenstandes und der zu erstattenden Kosten, sowie zur Verfügung darüber unter Befreiung von den Beschränkungen des § 181 BGB.

Sie gilt auch für Familiensachen und erstreckt sich auf Nebenverfahren, inbesondere Arrest, einstweilige Verfügung, Kostenfestsetzung, Zwangsvollstreckung einschließlich der aus ihr erwachsenen besonderen Verfahren auf Zwangsversteigerung und Zwangsverwaltung, Vergleichsverfahren sowie auf Insolvenzverfahren.

In gesellschaftsrechtlichen Angelegenheiten ermächtigt sie die Bevollmächtigten auch zu meiner/unserer Vertretung in Gesellschafterversammlungen.

Etwaige Kostenerstattungsansprüche werden hiermit an die Bevollmächtigten abgetreten.

Durch die Erteilung der Vollmacht werden die in dieser Sache von den Bevollmächtigten bereits vorgenommenen Handlungen genehmigt.

are hereby granted Power of Attorney to represent the undersigned both before court and outside of court against third parties, in particular, before courts and administrative agencies in all jurisdictions and at all instances.

This Power of Attorney comprises all proceedings, lawsuits and other actions related to the matter, in particular the issuance and acceptance of legal documents of whatever kind of legal proceedings, the granting of sub-powers of attorney, the conclusion of settlements, waivers and acknowledgments, the initiation, limitation, withdrawal and waiver of legal remedies and procedures of whatever kind, the deposit as well as the acceptance of assets of whatever nature, especially money, valuables, documents including in particular the subject matter of the action and the recoverable costs as well as the disposal thereof under release from the restrictions of § 181 BGB.

This Power of Attorney is also valid for family matters and encompasses collateral proceedings, including, in particular, seizure, injunctions, taxation of costs, enforcement of judgments and legal procedures arising pursuant thereto such as forced judicial sale and sequestration, composition-, bankruptcy- and general enforcement proceedings.

In company law matters the attorney(s) are also authorized to attend and vote in meetings of the shareholders on my/our behalf.

Any claims of reimbursement of costs are hereby assigned to the attorneys.

This grant of Power of Attorney shall authorize any actions already undertaken by the attorneys or anyone of them.

(Ort/Place), den/this (Datum/Date)

(Stempel/Unterschrift)/(Rubberstamp/Signature)    Dr. Ferdinand Kießner
als Insolvenzverwalter

LT7247