```
_____
                                        )
LAVATEC LAUNDRY TECHNOLOGY GMBH         )
        Plaintiff                       )      Civil Action
                                        )      3:13-cv-0056-SRU
              v.                        )
                                        )
VOSS LAUNDRY SOLUTIONS INC.             )
        Defendant                       )
_____ )
```

# DEFENDANT VOSS' EXHIBIT 519

Lavatec Inc.
2066 Thomaston Avenue
Waterbury, Connecticut 06704

January 21, 1987

Mr. Jim Paradee
Shared Hospital Services
3530 Elmhurst Lane
Portsmouth, Va. 23701

Dear Mr. Paradee:

Please excuse us for the appearance of this letter; we have yet to receive our new letterhead.

Enclosed is the Order Confirmation for our two tumblers; should it be acceptable to you please sign and return it to us at your earliest covenience.

Also enclosed is our Price Quotation for on plastic coated drum for you existing tumbler.

If you should have any questions about either the Confirmation or the Quotation please get in touch with Jim Stork.

Thank you for your order and and for giving us the opportunity to submit a quotation for the drum.

Sincerely,

Lavatec Inc.

*P. Thompson*

Peter Thompson
Office Manager

DEFENDANT'S EXHIBIT 519

LT0009

Lavatec Inc.
2066 Thomaston Avenue
Waterbury, Connecticut 06704

Order Confirmation

January 21, 1987

Shared Hospital Services
3530 Elmhurst Lane
Portsmouth Va., 23701

Your Purchase Order No.: 05300

2   Lavatec 400 lb. Drying Tumbler, Gas with

   - one way tilt
   - sprinkler
   - heat recovery
   - automatic lint collector
   - plastic coated drum

   Unit Price: $ 44,000.-                              Total Price: $ 88,000.-

The total price includes supervision of installation and is understood to be f.o.b. job site.

Terms of Payment:

   - 10% downpayment due with order
   - 80% due upon delivery of equipment
   - 10% due at start-up

Shared Hospital Services

Accepted by: _____

LT0010