_____

| | |
|---|---|
| LAVATEC LAUNDRY TECHNOLOGY GMBH ) | |
|     Plaintiff ) | Civil Action |
| ) | 3:13-cv-0056-SRU |
| v. ) | |
| ) | |
| VOSS LAUNDRY SOLUTIONS INC. ) | |
|     Defendant ) | |
| _____ ) | |

# DEFENDANT VOSS' EXHIBIT 612

## MINUTES OF MEETING OF DIRECTORS

THE MEETING OF THE DIRECTORS OF LAVATEC INC. WAS HELD ON THE 14TH DAY OF JULY 2010, AT THE OFFICE OF LAVATEC GMBH, HEILBRONN, GERMANY AT 13.00 HOURS IN PURSUANCE OF THE FOREGOING CALL AND WAIVER OF NOTICE. THE FOLLOWING DIRECTORS WERE PRESENT:

PATRIC W NAUMANN

ANNEROSE A TASHIRO

MR. NAUMANN WAS ELECTED TEMPORARY CHAIRMAN AND MS. TASHIRO WAS ELECTED TEMPORARY SECRETARY.

ON MOTION DULY MADE AND CARRIED, THE CHAIRMAN REMOVED SAMIR A TADROS FROM ANY POSITION HELD AS AN OFFICER OF THE CORPORATION: TO WIT, PRESIDENT AND TREASURER, OR ANY OTHER POSITION THE BOARD OF DIRECTORS WERE NOT AWARE OF.

ON MOTION DULY MADE AND CARRIED, THE FOLLOWING WERE ELECTED OFFICERS OF THE CORPORATION TO SERVE FOR THE ENSUING YEAR OR UNTIL THE ELECTION AND TAKING OFFICE OF THEIR SUCCESSORS:

| Name | Position |
|---|---|
| HERMAN BERNSTEIN | PRESIDENT |
| PATRIC W NAUMANN | VICE PRESIDENT |
| ANNEROSE A TASHIRO | SECRETARY- TREASURER |
| PETER THOMPSON | ASSISTANT SECRETARY |

THERE BEING NO FURTHER BUSINESS TO COME BEFORE THE MEETING, THE MEETING WAS ADJOURNED.

ATTEST:

_____ SECRETARY

**DEFENDANT'S EXHIBIT 612**

CONFIDENTIAL LT001416

MINUTES OF SPECIAL MEETING OF SHAREHOLDERS OF

LAVATEC, INC.

AT A SPECIAL MEETING OF THE SHAREHOLDERS, HELD THIS 13TH DAY OF JULY 2010 AT 13.00 HOURS, HELD AT THE OFFICE OF LAVATEC GMBH, WANNACKERSTRASSE 53, HEILBRONN 74078, GERMANY, PURSUANT TO THE WAIVER OF NOTICE.

THE FOLLOWING SHAREHOLDERS WAS PRESENT:

PATRIC W NAUMANN
*with proxy from Ferdinand Kiessner the Insolvency administrator of Lavatec GmbH*

Mr. NAUMANN CALLED THE MEETING TO ORDER. MR. NAUMANN WAS ELECTED CHAIRMAN AND ANNEROSE A TASHIRO WAS APPOINTED AS SECRETARY.

THE CHAIRMAN THEN STATED THAT ALL THE OUTSTANDINGSHARES OF THE CORPORATION WERE REPRESENTED.

THE CHAIRMAN REPORTED THAT THE SHAREHOLDERS, WITH A UNANIMOUS VOTE, IN ACCORDANCE WITH ARTICLE 2, SECTION 8, OF THE BY-LAWS, HAD REQUESTED THE REMOVAL OF 3 DIRECTORS, TO WIT: SAMIR A TADROS, GEHARD BERNECKER & EUGEN BENDER.

THE CHAIRMAN NOTED THAT IT WAS IN ORDER TO ELECT A NEW BOARD OF DIRECTORS FOR THE ENSUING YEAR. UPON NOMINATIONS DULY MADE, SECONDED AND UNANIMOUSLY CARRIED THE THREE DIRECTORS WERE REMOVED, AS NOTED ABOVE, AND PATRIC W NAUMANN AND ANNEROSE A TASHIRO WERE ELECTED TO SERVE FOR A PERIOD OF ONE YEAR AND UNTIL SUCH TIME AS THEIR SUCCESSORS ARE ELECTED AND QUALIFY.

THERE BEING NO FURTHER BUSINESS TO COME BEFORE THE MEETING, UPON MOTION DULY MADE, SECONDED AND UNANIMOUSLY CARRIED, IT WEAS ADJOUNED.

Dr. Ferdinand Kießner
als Insolvenzverwalter
Eisenbahnstraße 19-23 · 77855 Achern

SECRETARY

SHAREHOLDER

CONFIDENTIAL LT001417

CALL AND WAIVER OF NOTICE OF DIRECTORS MEETING

OF

LAVATEC INC

WE THE UNDERSIGNED, BEING ALL THE DIRECTORS OF LAVATEC INC, DO HEREBY CALL A MEETING OF THE DIRECTORS OF THIS CORPORATION TO BE HELD ON THE 14TH DAY OF JULY, 2010, AT 13.00 HOURS, FOR THE REMOVAL AND ELECTION OF OFFICERS, AND SUCH OTHER BUSINESS AS IS PROPER TO COME BEFORE SAID MEETING; AND WE HEREBY WAIVE ALL REQUIRMENTS TO NOTICE OF SUCH MEETING.

DATED AT HEILBRONN, GERMANY THIS 14TH DAY OF JULY 2010.

_____ DIRECTOR

_____ DIRECTOR

CONFIDENTIAL LT001418

## WAIVER OF NOTICE OF A SPECIAL MEETING OF THE SHAREHOLDERS

OF

## LAVATEC, INC.

WE THE UNDERSIGNED, BEING ALL THE SHAREHODLERS OF THE CORPORATION, HEREBY AGREE AND CONSENT THAT A SPECIAL MEETING OF SHAREHOLDERS OF THE CORPORATION BE HELD ON THE DATE AND TIME AND AT PLACE DSIGNATED HEREUNDER, AND DO HEREBY WAIVE ALL NOTICE WHATSOEVER OF SUCH MEETING AND OF ANY ADJOURNMENT THEREOF.

WE DO FURTHER AGREE AND CONSENT THAT ANY AND ALL LAWFUL BUSINESS MAY BE TRANSACTED AT SUCH MEETING. ANY BUSINESS TRANSACTED AT SUCH MEETING SHALL BE VALID AND LEGAL AND OF THE SAME FORCE AND EFFECT AS IF SUCH MEETING OR ADJOURNED MEETING WERE HELD AFTER NOTICE.

PLACE OF MEETING: WANNACKERSTRASSE 53, 74078 HEILBRONN, GERMANY

DATE OF MEETING: 13TH JULY 2010

TIME OF MEETING: 13.00

Dr. Ferdinand Kießner
als Insolvenzverwalter
Eisenbahnstraße 19-23 - 77855 Achern

SHAREHOLDER

CONFIDENTIAL LT001419