```
_____
                                        )
LAVATEC LAUNDRY TECHNOLOGY GMBH         )
        Plaintiff                       )      Civil Action
                                        )      3:13-cv-0056-SRU
        v.                              )
                                        )
VOSS LAUNDRY SOLUTIONS INC.             )
        Defendant                       )
_____ )
```

# DEFENDANT VOSS' EXHIBIT 616

**Katherine Cepeda**

---

**From:** Andrea Fiocchi <afiocchi@reinhardt-law.com>
**Sent:** Friday, September 17, 2010 6:21 PM
**To:** hermanbernstein@hotmail.com; p.thompson@lavatec.com
**Cc:** dean@bohonnon.com; USTPRegion02.NH.ECF@USDOJ.GOV
**Subject:** Lavatec
**Attachments:** 09.17.10_Cease and Desist Letter.pdf

**Importance:** High

Dear Sir:

Please see the attached.

Very truly yours,

AF

**Andrea Fiocchi**
Attorney at Law

Reinhardt LLP
44 Wall Street - 10th Fl.
New York, NY 10005

Ph: (212) 710-0970
Fax: (212) 710-0971
Email: afiocchi@reinhardt-law.com
Skype: afiocchi
Web: www.reinhardt-law.com

New York ♦ Denver ♦ Stuttgart

**PRIVILEGED AND CONFIDENTIAL**

**NOTICE:** This message (and any attachments) contains information that is confidential, privileged and/or protected from disclosure under applicable law and is intended for the exclusive use of the party named on the message.

If you are not the intended recipient, disclosure, copying, use or distribution of the information included in this message (and any attachments) is not authorized and may be unlawful. If you have received this document in error, please notify the sender immediately by return email and then destroy the original and any electronic or paper copy of this message.

**TAX ADVICE DISCLAIMER:** Please be aware that any advice contained in this email or any attachment hereto is not intended to be used, and cannot be used, either (a) for purposes of avoiding penalties imposed under the Internal Revenue Code, or (b) promoting, marketing, or recommending to another party any tax-related matter addressed herein.

1

DEFENDANT'S EXHIBIT 616

P000456



**REINHARDT**
AN INTERNATIONAL LAW FIRM
STUTTGART
NEW YORK
DENVER

REINHARDT LLP
44 WALL STREET, 10TH FLOOR
NEW YORK, NY 10005
PH: 212 710 0970
FAX: 212 710 0971

ANDREA FIOCCHI
ATTORNEY AT LAW
AFIOCCHI@REINHARDT-LAW.COM

September 17, 2010

<u>Via Fax and Certified Mail, RRR</u>

Lavatec, Inc.
300 Great Hill Road
Naughatuck, CT, 06770

    Re:    <u>Notice of Trademark Infringement</u>

Dear Sir/Madam:

    We have been retained by Mr. Wolf-Peter Graeser and Lavatec-Laundry Technology GmbH in connection with the above referenced matter. This communication serves as notice of your infringement of our client's registered trade mark.

    Our client manufactures and distributes industrial laundry machines, spare parts and provides services for such products under the trade name "Lavatec". Our client purchased the trademark Lavatec from Lavatec GmbH (f/k/a Lavatec AG), which had been using the trademark "Lavatec" internationally, including in the United States, since 1986. Pursuant to applicable laws, Lavatec GmbH acquired ownership of the "Lavatec" mark in the United States through its continued use of the trademark. Therefore, our client is now the lawful owner of the "Lavatec" trademark in the United States. Furthermore, our client is the owner of an internationally registered trademark for its mark "Lavatec" in International Classes 07, 11 and 37. Our client is also applying to register the mark with the United States Patent and Trademark Office.

    It has come to our client's attention that you have unlawfully applied to register the "Lavatec" trademark for products and services similar or identical to our client's. Since our client is the lawful owner of the "Lavatec" trademark, you have no legal standing to attempt to register it.

    Your use and exploitation of the name "Lavatec", especially in locations where our client is or may be doing business, is likely to cause confusion with our client's mark and, thereby, infringes our client's mark in violation of state and Federal law, including, without limitation, Sections 32(a) and 43(a) of the Lanham Act (15 U.S.C. Sections 1114(a) and 1135(a)), and constitutes unlawful trademark dilution and unfair competition under state law.

LAVATEC, INC.
SEPTEMBER 17, 2010

PAGE 2 OF 2

 Accordingly, we demand that you immediately *"cease and desist"* in your use of "Lavatec" in connection with your business, and that you take immediate steps to prevent any future use of these terms in your advertising materials, including, but not limited, to your company's website. We also demand that you immediately withdraw your pending application to register the trademark "Lavatec."

 Kindly confirm your compliance with the foregoing demand in writing within ten (10) days of the date of this letter. If we do not receive such confirmation within such time, we will assume that you have rejected our demand and we will be forced to pursue all available alternatives and remedies to protect our client's valuable rights to its mark, including, without limitation, commencing proceedings before the court of competent jurisdiction to enjoin you from further use and exploitation of our client's mark.

 We trust that you will appreciate the seriousness of our client's demand and take immediate action.

Very truly yours,

A.F.

Cc:  Holley Clairborn, Esq.
   U.S. Trustee

   Dean W. Baker, Esq.

P000458