_____

| | |
|---|---|
| LAVATEC LAUNDRY TECHNOLOGY GMBH ) | |
|     Plaintiff ) | Civil Action |
| ) | 3:13-cv-0056-SRU |
|     v. ) | |
| ) | |
| VOSS LAUNDRY SOLUTIONS INC. ) | |
|     Defendant ) | |
| _____ ) | |

# DEFENDANT VOSS' EXHIBIT 619

Subject: AW: GRAESER
Date: Tue, 21 Sep 2010 23:07:06 +0200
From: ATashiro@schubra.de
To: hermanbernstein@hotmail.com

Dear Mr. Bernstein

We are taking are of this here, this is easier and cheaper ...

The contract explicitely excludes the US-trademark from the assets sold. He is also still owing the purchase price. We will react here with all necessary means.
So, I would like you to still wait for the moment with hiring additional counsel. the contract is in German. I can send it to you if you want.

Thank you also for the other status letter, I will get back asap.

Regards,

Annerose


-----Ursprüngliche Nachricht-----
Von: HERMAN BERNSTEIN [mailto:hermanbernstein@hotmail.com]
Gesendet: Mo 20.09.2010 16:45
An: Tashiro Dr. Annerose
Betreff: GRAESER

REGARDING THE LETTER GRAESER SENT TO US.....WE HAVE TO HIRE COUNSEL TO PROTECT THE TRADEMARK FILED BY OUR CONNECTICUT COMPANY.  QUESTION I HAVE IS HOW DID GRAESER ACQUIRE THE TRADEMARK "LAVATEC".
WAS IT FROM GMBH OR THE KG?  ALSO IS THERE A CONTRACT FOR THIS PURCHASE AND CAN IT BE TRANSLATED INTO ENGLISH?

IT WOULD BE HELPFUL, ALSO,  TO KNOW THE DATE THAT HE CLOSED ON HIS PURCHASE IN GERMANY.  THESE ARE ALL QUESTIONS I AM SURE THAT I WILL HAVE TO GET ANSWERS FOR....

HOPEFULLY YOU CAN HELP US OUT
MY BEST WISHES
HERMAN BERNSTEIN

DEFENDANT'S EXHIBIT 619

LT0256