_____

| | |
|---|---|
| LAVATEC LAUNDRY TECHNOLOGY GMBH ) | |
|     Plaintiff ) | Civil Action |
| ) | 3:13-cv-0056-SRU |
|     v. ) | |
| ) | |
| VOSS LAUNDRY SOLUTIONS INC. ) | |
|     Defendant ) | |

_____ )

# DEFENDANT VOSS' EXHIBIT 624

**From:** Tashiro Dr. Annerose [mailto:ATashiro@schubra.de]
**Sent:** Monday, October 04, 2010 3:21 PM
**To:** Dean Baker; HERMAN BERNSTEIN
**Cc:** cgulliver@coanlewendon.com
**Subject:** AW: lavatec

I am happy to let Patric know that you would be considering buying the shares.

Why a breach of fiduciary duties?


**Von:** Dean Baker [mailto:dean@bohonnon.com]
**Gesendet:** Montag, 4. Oktober 2010 21:16
**An:** Tashiro Dr. Annerose; HERMAN BERNSTEIN
**Cc:** cgulliver@coanlewendon.com
**Betreff:** RE: lavatec

Please do not sell the share s in Lavatec. That would be a breach of fiduciary duty. The shares should be sold to us. They have no value to anyone except to someone who wants to hurt Lavatec.



Sincerely,

Dean W. Baker
195 Church Street, Floor 8
New Haven, Connecticut 06510
203-777-5666 (tele)
203-773-1427 (fax)
email - dean@bohonnon.com


**From:** Tashiro Dr. Annerose [mailto:ATashiro@schubra.de]
**Sent:** Monday, October 04, 2010 2:36 PM
**To:** Dean Baker; HERMAN BERNSTEIN
**Subject:** AW: lavatec

... yeah, he paid last week all in one slot after a pretty strong demand letter and threat of rescinding finally.

Please note, that Graeser has registered Lavatec as a European Trademark (as far as we see, not in the US and actually not even in Germany for washing mashines, here I guess he has mistakenly registered "Lavatec" for mashines in the beverage industry).
So your application in the US should be alright as far as I see.

Patric Naumann, the man in charge of the administration has requested an answer by 11 October whether he is interested to buy the shares in Lavatec as well as the machinery that is still in discussion.



DEFENDANT'S EXHIBIT 624

LT0267

Regards,

Annerose

**From:** Tashiro Dr. Annerose [mailto:ATashiro@schubra.de]
**Sent:** Thursday, September 23, 2010 7:26 AM
**To:** Dean Baker
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Subject:** AW: Lavatec

Good question. 50k is the price for the IP rights, I don't know how much is due for the fixed assets.

**Von:** Dean Baker [mailto:dean@bohonnon.com]
**Gesendet:** Donnerstag, 23. September 2010 13:24
**An:** Tashiro Dr. Annerose
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Betreff:** RE: Lavatec

About 80,000 dollars; not much due. Wonder why he has not paid.

Sincerely,

Dean W. Baker
195 Church Street, Floor 8
New Haven, Connecticut 06510
203-777-5666 (tele)
203-773-1427 (fax)
email - dean@bohonnon.com

**From:** Tashiro Dr. Annerose [mailto:ATashiro@schubra.de]
**Sent:** Thursday, September 23, 2010 7:17 AM
**To:** Dean Baker
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Subject:** AW: Lavatec

Dear Dean.

Yes, this was only a general description saying "all IP right, in particular trademark, patents ..."

LT0268

Yes retention of title under German law means that the title will only be transferred to the buyer upon full payment of the purchase price.

50,001 Euros are due since closing (1 June).

Regards,

Annerose

**Von:** Dean Baker [mailto:dean@bohonnon.com]
**Gesendet:** Donnerstag, 23. September 2010 12:24
**An:** Tashiro Dr. Annerose
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Betreff:** RE: Lavatec

Annerose,

Is there a list of the intellectual property that was sold to buyer? Or was it just a general description of all names, trademarks etc.

Also does retention of title truly mean he is not the holder/owner until it is fully paid and how late is he on his payment and how much more does he need to pay?

Sincerely,

Dean W. Baker
195 Church Street, Floor 8
New Haven, Connecticut 06510
203-777-5666 (tele)
203-773-1427 (fax)
email - dean@bohonnon.com

**From:** Tashiro Dr. Annerose [mailto:ATashiro@schubra.de]
**Sent:** Thursday, September 23, 2010 6:06 AM
**To:** Dean Baker
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Subject:** WG: Lavatec

Dean

These are the sellers. Both have sold all IP-right "as is where is" with the exception/qualification, I mentioned yesterday.

LT0269

But, more significantly: the sale is done under retention of title and Graeser has not yet paid. He is not yet even the owner / holder of the IP-rights ...

We did send him a demand letter requesting first payment and second not to extent his rights and detriment Lavatec Inc's. Please feel free to do the same (I believe this is you intention).
Part of the sales agreement is attached

I hope this helps.

Regards,

Annerose


**Von:** Schutter Iris
**Gesendet:** Donnerstag, 23. September 2010 11:56
**An:** Tashiro Dr. Annerose
**Betreff:** Lavatec

Hallo Frau Tashiro, wie eben besprochen.
Gruß/sti


1. Herr Rechtsanwalt Patric Naumann, handelnd nicht in eigenem Namen, sondern für

1. 1.   Herrn Rechtsanwalt Dr. Ferdinand Kießner, geschäftsansässig Eisenbahnstr. 19 – 23, 77855 Achern, in seiner Eigenschaft als Insolvenzverwalter im Insolvenzverfahren über das Vermögen der LAVATEC GmbH


   - im Folgenden **Verkäufer 1** genannt –

*[Tashiro Dr. Annerose] Mr Ferdinand Kießner in his capacity as insolvency administrator for Lavatec GmbH, Seller 1*


1. 2.   Herrn Rechtsanwalt Holger Blümle, geschäftsansässig Kriegsstr. 113, 76135 Karlsruhe, in seiner Eigenschaft als Insolvenzverwalter im Insolvenzverfahren über das Vermögen der LAVATEC WÄSCHEREI-MASCHINEN GmbH & Co KG
*[Tashiro Dr. Annerose] Mr Holger Blümle, in his capacity as insolvency administrator for Lavatec Wäscherei-Maschinen GmbH & Co. KG, Seller 2*

- im Folgenden **Verkäufer 2** genannt -

LT0270

- im Folgenden gemeinsam auch "**Verkäufer**" genannt –

ohne Übernahme der Haftung des Anwesenden für die Beibringung der beglaubigten Genehmigungserklärung, welche mit Eingang beim Notar allen Beteiligten als zugegangen gelten soll,

**From:** Tashiro Dr. Annerose [mailto:ATashiro@schubra.de]
**Sent:** Wednesday, September 22, 2010 2:58 PM
**To:** Dean Baker
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Subject:** AW: Lavatec, Inc.

OH, sure, yes.

**Von:** Dean Baker [mailto:dean@bohonnon.com]
**Gesendet:** Mittwoch, 22. September 2010 20:57
**An:** Tashiro Dr. Annerose
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Betreff:** RE: Lavatec, Inc.

Apparently the contract is the same as the notarial deed. That was my misunderstanding.

Sincerely,

Dean W. Baker
195 Church Street, Floor 8
New Haven, Connecticut 06510
203-777-5666 (tele)
203-773-1427 (fax)
email - dean@bohonnon.com

**From:** Tashiro Dr. Annerose [mailto:ATashiro@schubra.de]
**Sent:** Wednesday, September 22, 2010 2:54 PM
**To:** Dean Baker
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Subject:** AW: Lavatec, Inc.

? I am not sure, what you question is. The deed is in German though and I did translate ..

LT0271

I was told this is the phrase relevant. Should get it tomorrow.

Anenrose

**Von:** Dean Baker [mailto:dean@bohonnon.com]
**Gesendet:** Mittwoch, 22. September 2010 20:52
**An:** Tashiro Dr. Annerose
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Betreff:** RE: Lavatec, Inc.

Can I assume that the notarial deed does not have different language?

Sincerely,

Dean W. Baker
195 Church Street, Floor 8
New Haven, Connecticut 06510
203-777-5666 (tele)
203-773-1427 (fax)
email - dean@bohonnon.com

**From:** Tashiro Dr. Annerose [mailto:ATashiro@schubra.de]
**Sent:** Wednesday, September 22, 2010 2:56 PM
**To:** Dean Baker
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN; p.thompson@lavatec.com
**Subject:** AW: Lavatec, Inc.

Alright. I guess, he has better knowledge than anybody else ...

Regards
Annerose

**Von:** Dean Baker [mailto:dean@bohonnon.com]
**Gesendet:** Mittwoch, 22. September 2010 20:51
**An:** Tashiro Dr. Annerose
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN; p.thompson@lavatec.com
**Betreff:** RE: Lavatec, Inc.

I spoke to Peter Thompson who was involved from the beginning; he says that at no time did Lavatech GMBH or any affiliate sell in the US. Only when Lavatec Inc. came into existence did germany sell to

LT0272

Lavatec Inc.

Thanks for your continuing help.


Sincerely,

Dean W. Baker
195 Church Street, Floor 8
New Haven, Connecticut 06510
203-777-5666 (tele)
203-773-1427 (fax)
email - dean@bohonnon.com

**From:** Tashiro Dr. Annerose [mailto:ATashiro@schubra.de]
**Sent:** Wednesday, September 22, 2010 2:32 PM
**To:** Dean Baker
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Subject:** AW: Lavatec, Inc.

Dear Dean

We are currently producing a copy of the notarial deed (it's a bit complicated though). Whats written in the contract is:

„Der Verkäufer 1 weist den Käufer darauf hin, dass kein ausschließliches Recht der Schuldnerin 1 an der Bezeichnung „Lavatec" besteht, sondern auch die Lavatec Inc., USA und Lavatec France das Recht haben, ihre jeweilige Firma zu führen"

"The seller expressly gives notice, that the debtor has no exclusive right to use the trademark "Lavatec", but that Lavatec Inc, USA and Lavatec, France are also entitled to use their company name. "

I am checking the operation question.

Regards,
Annerose


**Von:** Dean Baker [mailto:dean@bohonnon.com]
**Gesendet:** Mittwoch, 22. September 2010 14:57
**An:** Tashiro Dr. Annerose
**Cc:** cgulliver@coanlewendon.com; HERMAN BERNSTEIN
**Betreff:** FW: Lavatec, Inc.

Hi Annerose, Please find enclosed the latest letter from Reinhardt LLP; It is my understanding that

LT0273

Lavatec GMBH (and or AG) never operated in this country as alleged in this letter. Rather Lavatec Gmbh sold exclusively to Lavatec USA which did business in this country. Can you clarify if Lavatec GMBH sold in the US prior to formation of Lavatec GMBH. Also, precisely what intellectual property was sold to the German buyer and what intellectual property, if any, was excluded. Thanks in advance for a quick response so that I can take any action that may be appropriate to stop this.

Sincerely,

Dean W. Baker
195 Church Street, Floor 8
New Haven, Connecticut 06510
203-777-5666 (tele)
203-773-1427 (fax)
email - dean@bohonnon.com

LT0274