_____ )

LAVATEC LAUNDRY TECHNOLOGY GMBH )
      Plaintiff )    Civil Action

              v. )    3:13-cv-0056-SRU

               )

VOSS LAUNDRY SOLUTIONS INC. )
      Defendant )
_____ )

# DEFENDANT VOSS' EXHIBIT 629

**LAVATEC, INC.**

**ACTION BY WRITTEN CONSENT OF DIRECTORS AND SHAREHOLDER**

The undersigned, being all the Directors and Shareholders of Lavatec, Inc., a Connecticut company (the "Company"), in accordance with the provisions of the Company's By-Laws, do hereby consent to the adoption of the resolution referenced below, without a meeting and, upon execution of this consent by the Directors and Shareholder listed below, do hereby adopt such resolution as if adopted at a meeting duly called and held at which a quorum was present and acting throughout.

RESOLVED: That the resolutions attached hereto as Exhibit A be, and hereby are, adopted in their entirety as if set forth herein in full.

This writing shall be filed with the records of the meetings of the Company and shall for all purposes be treated as an action taken and resolutions adopted at a meeting of the Directors and Shareholder duly called, noticed and held.

[SIGNATURE PAGE FOLLOWS]

DEFENDANT'S EXHIBIT 629

Dated: March __, 2011

DIRECTORS:                                    SHAREHOLDER:

_____                     _____
Patric W. Nauman, Director                    Dr. Ferdinand Kießner
                                              als Insolvenzverwalter
                                              Eisenbahnstraße 19-23 · 77855 Achern
                                              _____, (by proxy)

_____
Annerose A. Tashiro, Director

LT8382

RESOLVED:   That Herman Bernstein (in his capacity as the "President") is hereby authorized by and on behalf of Lavatec, Inc. (this "Company") to do and perform all acts and things and to execute, acknowledge and deliver all instruments and documents of whatsoever kind and nature necessary or incidental to or required in connection with the Company's pending Chapter 11 case and a pending offer by a third party to purchase the Company, and, without limiting the generality of the foregoing, in particular to sign all plans, purchase agreements and other documents in connection with the sale of the Company, subject to higher and better offers, to a third party; the taking of any such action or the execution and delivery of any of the foregoing instruments, documents and writings to be conclusive and binding evidence that the same were authorized by these resolutions;

FURTHER
RESOLVED:   That this authority shall be a continuing one in full force and effect until revoked or modified by resolutions of the Directors of this Company; and

FURTHER
RESOLVED:   That the foregoing President is authorized from time to time on behalf of this Company, if desired, to execute, make oath to, acknowledge and deliver any and all such certificates and other instruments and papers, and to do or cause to be done any and all such other acts as may be shown by their respective execution or performance thereof to be necessary or desirable in connection with the transactions contemplated by the foregoing resolutions.

LT8383