DEFENDANT'S EXHIBIT 802

A/P Entry
Vendor: Peter Thompson

| Invoice No. | 09/24/14 | G/L Acct. No. | Amount | Description |
|---|---|---|---|---|
| Invoice Date | 09/24/14 | 68170 | 169.10 | Labels |
| Approved: | | | | |
| Authorized: | P. Th | | | |
| Check No. | 8901 | | | |
| | | Total | 169.10 | |
| Date: | 10/8/14 | ACH Debit / Wire Date | | |

```
TYCO COPY SERVICE INC
      262 ELM ST
  NEW HAVEN, CT 06511

09/24/2014        17:00:49
MID:    000000003160761
TID:             04713017
2061243564

        CREDIT CARD
         AMEX SALE

CARD:      XXXXXXXXXXX4004
INVOICE              0041
Batch #:           000457
APP Code:          504098
Entry Mode:        Swiped
Mode:              Online

SALE AMT          $169.10
```

**262 Elm Street   419313**
New Haven, CT 06511
Phone: 203.777.TYCO   Fax: 203.562.6256
www.tycoprinting.com   info@tycoprinting.com

Completed Job Due: __WED 3:00__

Proof #1: __MON PDF__   Proof #4: _____

Proof #2: _____   Proof #5: _____

Proof #3: _____   Proof #6: _____

**FILE(S)**

Location: _____

Name: __419313__

Machine Used/Notes: _____

**SPECIAL INSTRUCTIONS:**

SET UP LABELS (2 sizes)

B+W
- 1 lable @ 1.5 x 3.75"
- 1 lable @ 1" x 2.75"

FULL SHEET LABEL

B+W

(1000 ea)

Customer Phone Number __Peter 203-809-3787__
Customer Address __p.thompson@lavatech.com__

CHARGE ☐          TOTAL COST: _____
CASH ☐            DEPOSIT: _____
                  BALANCE DUE: __169.10__
                  (50% DEPOSIT REQUIRED ON ALL JOBS)

Customer Name __Lavatech__
Signature _____

| A/P Entry | | | | |
|---|---|---|---|---|
| Vendor: | Peter Thompson | | | |

| | | G/L Acct. No. | Amount | Description |
|---|---|---|---|---|
| Invoice No. | 09/26/14 | 68170 | 228.65 | Decals For Machines |
| Invoice Date | 09/26/14 | | | |
| Approved: | | | | |
| Authorized: | I. M | | ENTERED SEP 2 5 2014 | |
| Check No. | 8901 | | | |
| | | Total | 228.65 | |
| Date: | 10/8/14 | ACH Debit / Wire Date | | |

```
JOSEPH MERRITT & CO
60 HAMILTON STREE
NEW HAVEN     CT 06511
   203-562-9885

TERMINAL ID.:           2356

AMEX
************4004 EXP:**/**   SWIPED
SALE
BATCH: 000538   INV: 000002
Sep 26, 14            08:52
         AUTH: 546861

AUTH/TKT  546861
```

PETER A THOMPSON

THANK YOU

CUSTOMER COPY

**INVOICE #**

**I0277154**

| | Page #: | 1 |
|---|---|---|
| | Invoice Date: | 09/26/14 |
| | Customer ID: | 065980 |
| | Due Date: | 09/26/14 |
| | Ship Via: | PICK UP |
| | Balance Due: | 0.00 |

Ship To:
Cash Sales PETER
LAVATEC
New Haven, CT  06511

| / | SP / SA | | | Branch | Terms | SO # | | |
|---|---|---|---|---|---|---|---|---|
| | | | | New Haven House / S  New Haven | CASH ON DELIV | SO0285315 | | |
| | Size | Originals | Copies | Product Code Description | | Price | U/M | Extended |
| | | 2.00 | 20.00 | 94800LC<br>2X12ISH VINYL DECAL MATTE LAM | | 4.00 | EA | 160.00 |
| 20.00 | | 20.00 | | 94800LC<br>1X.5 VINYL DECAL MATTE LAM | | 1.00 | EA | 20.00 |
| 1.00 | | 1.00 | | 94850V<br>FILE SETUP AND CUTTING | | 35.00 | HR | 35.00 |

SEP 2 6 2014

Limited Warranty
Not withstanding any other provision herein contained or imposed by the law, sellers warranty hereunder shall be limited to the sales price of the merchandise and the services recited in the invoice. Seller expressly denies any other warranty, expressed or implied.
SELLER REPRESENTS THAT WITH RESPECT TO ITEMS COVERED HEREBY, IT HAS COMPLIED WITH SECTION 12(A) OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.
FEDERAL ID#: 06-0631091

| Invoice #: | I0277154 |
|---|---|
| Invoice Date: | 09/26/14 |
| Customer ID: | 065980 |
| Due Date: | 09/26/14 |
| Ship Via: | PICK UP |

| Subtotal: | 215.00 |
|---|---|
| Sales Tax: | 13.65 |
| Total: | 228.65 |
| Deposit: | 0.00 |
| Paid at POS: | 228.65 |
| Total Due: | 0.00 |

**JOSEPH MERRITT & CO., INC.**       Find us on Facebook & Twitter! Key: merrittgraphics