_____
|                                          | )
| LAVATEC LAUNDRY TECHNOLOGY GMBH          | )
|     Plaintiff                            | )     Civil Action
|                                          | )     3:13-cv-0056-SRU
|     v.                                   | )
|                                          | )
| VOSS LAUNDRY SOLUTIONS INC.              | )
|     Defendant                            | )
|_____| )

# DEFENDANT VOSS' EXHIBIT 823R

**Voss Laundry Solutions, Inc.**

**Summary of Expenses**

| Categories | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|
| Salaries | 146,246.94 | 336,927.71 | 270,150.63 | 263,464.79 | 1,016,790.07 |
| Miscellaneous Expenses | 6,262.48 | 20,736.62 | 26,600.31 | 26,949.97 | 80,549.38 |
| Rent | 89,590.78 | 193,759.04 | 194,100.00 | 196,200.00 | 673,649.82 |
| Utilities | 28,170.28 | 81,797.75 | 98,946.12 | 103,520.77 | 312,434.92 |
| Janitorial | 2,121.70 | 5,304.77 | 5,876.36 | 6,368.28 | 19,671.11 |
| Waste Removal | 1,729.16 | 4,108.66 | 5,482.60 | 3,463.72 | 14,784.14 |
| Building & Grounds Maintenance | 3,775.65 | 16,079.66 | 21,691.18 | 15,333.08 | 56,879.57 |
| Insurance | 28,982.34 | 94,030.13 | 107,909.21 | 141,976.76 | 372,898.44 |
| Tools and Small Equipment | 368.48 | 2,226.50 | 6,361.68 | 7,053.61 | 16,010.27 |
| Repair and Maintenance Equipment | 2,135.82 | 4,034.01 | 5,597.59 | 4,676.61 | 16,444.03 |
| Auto | 16,021.31 | 29,742.51 | 33,135.90 | 26,152.08 | 105,051.80 |
| Marketing | 31,550.44 | 14,610.44 | 71,675.50 | 94,366.15 | 212,202.53 |
| Travel Related Expenses | 26,395.71 | 48,291.68 | 30,490.02 | 21,660.12 | 126,837.53 |
| Office and Warehouse Supplies | 7,120.03 | 11,331.63 | 18,562.52 | 22,927.38 | 59,941.56 |
| Freight | 103.22 | 1,317.58 | 149.38 | 3,922.48 | 5,492.66 |
| Postage | 1,169.45 | 3,161.27 | 2,883.00 | 2,466.29 | 9,680.01 |
| Telephone and Internet | 6,968.32 | 15,570.40 | 13,272.75 | 14,801.84 | 50,613.31 |
| Printing | 3,410.62 | 1,610.96 | 1,874.34 | 2,009.90 | 8,905.82 |
| Dues & Memberships | 225.00 | 1,360.00 | 500.00 | 1,450.00 | 3,535.00 |
| Professional Fees | 56,198.96 | 89,501.18 | 26,321.41 | (11,847.81) | 160,173.74 |
| Payroll and 401(k) Fees | 2,683.37 | 3,929.34 | 1,839.61 | 3,575.78 | 12,028.10 |
| Maintenance Agreements | 1,598.87 | 1,302.54 | 946.91 | 2,034.35 | 5,882.67 |
| Rental Fees | 1,432.50 | 2,625.97 | 3,187.26 | 2,482.45 | 9,728.18 |
| Bank and Credit Card Processing Fees | 11,789.36 | 15,894.91 | 14,076.82 | 11,077.11 | 52,838.20 |
| Currency Loss / Gain | 378.14 | 1,463.25 | 11,537.13 | (1,853.72) | 11,524.80 |
| Rounding & Discounts | (286.84) | (649.05) | (29.82) | 0.17 | (965.54) |
| Interest - Note | 50,831.66 | 107,778.18 | 96,000.00 | 98,377.35 | 352,987.19 |
| Bad Debt | 15,437.73 | | | 26,594.05 | 42,031.78 |
| Payroll Taxes | 28,750.54 | 37,144.18 | 753.50 | | 66,648.22 |
| Real Estate and Personal Property Taxes | 1,056.37 | 57,710.54 | 62,605.08 | 67,073.23 | 188,445.22 |
| Depreciation | 262.09 | 3,495.39 | 8,912.88 | 17,536.18 | 30,206.54 |
| Amortization | 5,184.09 | 11,194.88 | 19,490.89 | 15,969.46 | 51,839.32 |
| Commission on Sales | | 48,750.00 | | 235.24 | 48,985.24 |
| Warranty Expenses | | 3,553.00 | 2,393.63 | 24,203.21 | 30,149.84 |
| ADP Total Source Fees, Payroll Taxes and Workers Comp | | 67,258.59 | 135,712.39 | 140,784.69 | 343,755.67 |
| Interest & Penalties | | 2,030.47 | 939.99 | 1,597.86 | 4,568.32 |
| Demurrage and Detentions | | | 397.85 | 1,500.00 | 1,897.85 |
| Employment Services Fee | | | 40,590.78 | | 40,590.78 |
| Rigging and Storage | | | 10,640.00 | 15,110.00 | 25,750.00 |
| Training Related Expenses | | | 5,724.88 | 690.00 | 6,414.88 |
| Drafting Services | | | | 800.00 | 800.00 |
| Employee Uniforms | | | | 457.72 | 457.72 |
| Forensics | | | | 7,683.58 | 7,683.58 |
| **Totals** | **577,664.57** | **1,338,984.69** | **1,357,300.28** | **1,382,844.73** | **4,656,794.27** |

**Gross Profit and Expenses**
**Net Profit /( Loss)**

| | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|
| Gross Profit | 605,074.38 | 1,466,175.73 | 1,150,709.06 | 1,398,453.08 | 4,620,412.25 |
| Expenses | 577,664.57 | 1,338,984.69 | 1,357,300.28 | 1,382,844.73 | 4,656,794.27 |
| **Net Profit / (Loss)** | **27,409.81** | **127,191.04** | **(206,591.22)** | **15,608.35** | **(36,382.02)** |



DEFENDANT'S EXHIBIT 823R