

DEFENDANT'S EXHIBIT 824