UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAVATEC LAUNDRY TECH. GMBH, : | |
| : | Case No.: 3:13-cv-0056-SRU |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| VOSS LAUNDRY SOLUTIONS, et al., : | |
| : | March 1, 2018 |
| Defendants. : | |

**LIMITED OBJECTION TO MOTION TO WITHDRAW**

Plaintiff Lavatec Laundry Technology GmbH ("LLT"), submits this limited objection to the *Motion to Withdraw* filed by John C. Linderman, Esq. ("Attorney Linderman"), counsel to defendant Voss Laundry Solutions Inc. ("Voss").  Specifically, LLT objects to the *Motion to Withdraw* unless Voss first secures counsel who has already appeared in this action.  In support hereof, LLT states as follows:

1.      On January 9, 2018, the Court entered its *Ruling and Order* [ECF no. 256] wherein the Court, *inter alia*, held Voss in contempt of court, and awarded LLT $100.00 in nominal damages as a compensatory contempt sanction, and awarded LLT $959,315.85 in attorneys' fees and $41,602.90 in costs, for a total of $1,001,018.75.

2.      On January 19, 20918, the clerk entered judgment in favor of LLT and against Voss in the amount of $1,001,018.75 (the "Judgment") [ECF no. 257].

3.      To date, LLT has recovered less than $200.00 on the Judgment.

4.      On February 28, 2018, LLT served post-judgment interrogatories and document requests upon Voss by serving Attorney Linderman with a copy of the post-judgment discovery.

5. Attorney Linderman is counsel of record to Voss in this action.

6. Later in the day, on February 28, 2018, Attorney Linderman filed his Motion to Withdraw, stating that post-judgment discovery is not within his area of practice and he is owed money for services performed in the past and does not have any belief that he can collect for his services in the future.

7. LLT respectfully disputes Attorney Linderman's argument that he is not suited to represent Voss in post-judgment collection matters.  Attorney Linderman, as litigation counsel to Voss, is certainly capable of working with Voss to respond to LLT's interrogatories and to produce the document requested by LLT.

8. Insofar as Voss has already been held to be in contempt of this Court's prior orders, and Attorney Linderman has stated that he believes Voss has ceased operations, LLT is concerned that without appearing counsel, Voss will simply disregard its continuing obligations in this action.

9. Therefore, LLT objects to the Motion to Withdraw unless and until another attorney files an Appearance on behalf of Voss in this matter.

PLAINTIFF

 /s/ Lawrence S. Grossman
David A. Slossberg [ct13116]
Lawrence S. Grossman [ct15790]
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT  06460
Tel:  203-877-8000
LGrossman@hssklaw.com

**CERTIFICATE OF SERVICE**

      This is to certify that on March 1, 2018, a copy of the foregoing was served by e-mail and U.S. First Class Mail on:

John C. Linderman, Esq.
McCormick, Paulding & Huber
CityPlace II
185 Asylum St.
Hartford, CT 06103-4102
860-549-5290
Fax: 860-527-0464
lind@ip-lawyers.co

      /s/ Lawrence S. Grossman
      Lawrence S. Grossman